UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FRANCIS J. STADNICK, | ) | Case No. 5:19-cv-01545 |
|     *Plaintiff*, | ) | |
| v. | ) | Hon. Andrew T. Baxter |
| | ) | United States Magistrate Judge |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
|     *Defendant*. | ) | *Stipulation – Document Filed Electronically* |

### Stipulation for Remand

The parties stipulate that the Court should enter an order remanding this case to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the case will be referred to a different administrative law judge for a new hearing and a decision. The parties consent to entry of judgment pursuant to Fed. R. Civ. P. 58.

Dated: April 12, 2020

Respectfully submitted,

GRANT C. JAQUITH
United States Attorney

IT IS SO ORDERED:
*Andrew T. Baxter*
Andrew T. Baxter
U.S. Magistrate Judge
Dated: April 14, 2020
Syracuse, NY

For Plaintiff:

*/s/ Howard D. Olinsky, Esq.*[1]
Attorney for Plaintiff
N.D.N.Y. Bar Roll #102297
Olinsky Law Group
250 South Clinton Street, Suite 210
Syracuse, NY 13202
Phone: 315-701-5780
E-mail: holinsky@windisability.com

For Defendant:

By: */s/ Michael L. Henry*
Michael L. Henry, MA BBO #673718
N.D.N.Y. Bar Roll #700993
Special Assistant U.S. Attorney
SSA-OGC
JFK Federal Building – Rm. 625
15 New Sudbury Street
Boston, MA 02203
E-mail: michael.l.henry@ssa.gov

---

[1] Signed with Attorney Olinsky's consent, obtained via e-mail on April 10, 2020.